| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MARTIN, BEVERLY B | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>4/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5. ReportType (check appropriate type)<br><br>( ) Nomination,    Date<br><br>( ) Initial     (●) Annual     ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>2388 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 - 3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Lone Star Corporation (closely held ▇▇▇ corporation) |
| 2. | member | Board of Visitors for Mercer University School of Law |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1990 | State of Georgia Deferred Compensation Plan |

FINANCIAL DISCLOSURE OFFICE    APR 7 10 03 FM '04    RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- | --- |
| | | | (yours, not spouse's) |
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2003 | Self-employed (attorney in partnership) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Homestead Bank | loan for investment in business | L |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America checking account | A | Interest | J | T | | | | | |
| 2. Bank of America money market account | A | Interest | L | T | | | | | |
| 3. Bank of America money market account | A | Interest | J | T | | | | | |
| 4. Wachovia checking account (█████) | A | Interest | K | T | | | | | |
| 5. AJM Class A Charter Fund (████retirement acct.) | A | Dividend | | | sold | 4/17 | L | | |
| 6. AIM Class A Constellation  Fund ████ retirement acct.) | A | Dividend | | | sold | 4/17 | L | | |
| 7. AIM Class A Weingarten Fund ████ retirement acct.) | A | Dividend | | | sold | 4/17 | L | | |
| 8. AIM Class A Value Fund (████ retirement acct.) | A | Dividend | | | sold | 4/17 | L | | |
| 9. AIM Class A Equity Fund (████ retirement acct.) | A | Dividend | - | | sold | 4/17 | L | | |
| 10. Alliance Fund | | None | K | T | | | | | |
| 11. Alltel Corp. Del. (IRA) | A | Dividend | | | sold | 7/07 | J | | |
| 12. American International Group, Inc. | A | Dividend | J | T | | | | | |
| 13. American International Group, Inc. | A | Dividend | J | T | bought | 1/24 | J | | |
| 14. American International Group Inc. | | | J | T | bought | 12/22 | J | | |
| 15. Anheuser Busch Co. Inc. | A | Dividend | J | T | | | | | |
| 16. Applied Materials, Inc. | | None | | | sold | 6/10 | J | | |
| 17. Applied Materials, Inc. | | None | | | sold | 7/23 | J | A | |
| 18. Applied Materials, Inc. | | None | | | sold | 8/26 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)  
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   F = $15,001-$50,000  
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000  

2. Value Codes: (See Columns C1 and D3)  
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000  
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000  
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000  

3. Value Method Codes (See Column C2)  
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market  
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN. BEVERLY B | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Applied Materials, Inc. | | None | J | T | | | | | |
| 20. Atmel Corp. ▆▆ IRA) | | None | | | bought | 2/25 | J | | |
| 21. Atmel Corp. ▆▆ IRA) | | None | | | sold | 6/16 | J | B | |
| 22. Autotomatic Data Processing (IRA) | A | Dividend | | | sold | 8/27 | J | A | |
| 23. Automatic Data Processing | A | Dividend | J | T | | | J | | |
| 24. Bank of America Corp | | None | | | sold | 1/14 | J | B | |
| 25. Bank of America Corp | A | Dividend | J | T | | | | | |
| 26. Bank of America Corp (IRA) | A | Dividend | J | T | bought | 7/21 | J | | |
| 27. Bard C R Inc. | A | Dividend | J | T | bought | 8/21 | J | | |
| 28. Baron Small Cap Growth Fund (spouse IRA) | A | Distribution | | | sold | 8/01 | K | A | |
| 29. BP PLC ADR | A | Dividend | J | T | | | | | |
| 30. Bristol-Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 31. Cardinal Health, Inc. | A | Dividend | J | T | | | | | |
| 32. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 33. Daugherty Resources Inc. (▆▆ IRA) | | None | | | bought | 7/22 | J | | |
| 34. Daugherty Resources Inc.▆▆ IRA) | | None | | | sold | 12/08 | J | A | |
| 35. Dell Computer | | None | | | sold | 1/15 | J | A | |
| 36. Dell Computer | | None | | | sold | 6/10 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dell Computer | | None | J | T | | | | | |
| 38. Disney Walt Co. | A | Dividend | J | T | | | J | | |
| 39. Disney Walt Co. | | None | J | T | bought | 10/30 | J | | |
| 40. Dodge & Cox Stock Fund (⬛ retirement account) | D | Dividend | N | T | bought | 7/01 | N | | |
| 41. Dodge & Cox Balanced Fund (⬛ retirement account) | D | Dividend | L | T | | | | | |
| 42. Dodge & Cox Balanced Fund (⬛ retirement account) | D | Dividend | L | T | bought | 7/01 | L | | |
| 43. Du Pont E I De Nemour & Co. | A | Dividend | J | T | bought | 1/27 | J | | |
| 44. Ecolab, Inc. | A | Dividend | J | T | | | | | |
| 45. Ecolab Inc. | A | Dividend | | | sold | 4/10 | J | A | |
| 46. Exxon Mobil Corporation (IRA) | A | Dividend | J | T | | | | | |
| 47. Exxon Mobil Corporation (IRA) | A | Dividend | J | T | bought | 2/18 | J | | |
| 48. Exxon Mobil Corporation | A | Dividend | J | T | | | | | |
| 49. Federal National Mortgage Assoc. | A | Dividend | J | T | | | | | |
| 50. Federal National Mortgage Assoc. (IRA) | A | Dividend | J | T | | | | | |
| 51. Federal Signal Corp. (IRA) | A | Dividend | | | sold | 2/11 | J | | |
| 52. Fidelity Advisor Series VII Overseas Portfolio (⬛ IRA) | A | Distribution | K | T | | | | | |
| 53. Fidelity Advisor Growth Opportunities (spouse IRA) | A | Distribution | K | T | | | | | |
| 54. General Electric Co. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. General Electric Co. | A | Dividend | J | T | sold | 10/13 | J | | |
| 56. General Electric Co. (IRA) | A | Dividend | J | T | | | J | | |
| 57. General Electric Co. (IRA) | A | Dividend | J | T | bought | 4/22 | J | | |
| 58. General Electric Company (IRA) | A | Dividend | J | T | bought | 8/21 | J | | |
| 59. Goldman Sachs Group, Inc (IRA) | A | Dividend | J | T | | | | | |
| 60. Home Depot | | None | | | sold | 1/14 | J | | |
| 61. Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 62. Illinois Tool Works Inc. | A | Dividend | J | T | bought | 6/23 | J | | |
| 63. Intel Corp. | A | Dividend | J | T | | | | | |
| 64. Intel Corp. | A | Dividend | | | sold | 6/10 | J | | |
| 65. Intel Corp.(IRA) | A | Dividend | J | T | | | | | |
| 66. Intel Corp. (IRA) | A | Dividend | J | T | sold | 10/15 | J | | |
| 67. IBM | A | Dividend | J | T | | | | | |
| 68. IBM (IRA) | A | Dividend | J | T | | | | | |
| 69. IBM (IRA) | A | Dividend | J | T | bought | 2/18 | J | | |
| 70. J. M. & Star | B | Rent | J | W | | | | | |
| 71. Jefferson-Pilot Corp. | | None | | | sold | 1/15 | J | B | |
| 72. Jefferson Pilot Corp. | | None | | | sold | 2/10 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Jefferson-Pilot Corp. (IRA) | | None | | | sold | 2/10 | J | | |
| 74. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 75. Johnson & Johnson | A | Dividend | | | sold | 7/11 | J | A | |
| 76. Kimberly Clark Corp. | A | Dividend | J | T | | | | | |
| 77. Kimberly-Clark Corp. (IRA) | A | Dividend | J | T | | | | | |
| 78. Leggett & Platt Inc. (IRA) | A | Dividend | J | T | bought | 2/5 | J | | |
| 79. Leggett & Platt, Inc. (IRA) | A | Dividend | J | T | bought | 4/15 | J | | |
| 80. Lennar Corp. | A | Dividend | J | T | | | | | |
| 81. Lilly Eli & Co. | A | Dividend | J | T | | | | | |
| 82. Lincare Holdings Inc. | | | J | T | bought | 1/27 | J | | |
| 83. Lincare Holdings Inc. | | | J | T | bought | 3/19 | J | | |
| 84. Lincare Holdings, Inc. (IRA) | | | J | T | bought | 7/21 | J | | |
| 85. Lone Star Corp. | D | Dividend | M | W | | | | | |
| 86. MAS Mid Cap Value Inst. (▮▮▮▮ retirement acct.) | B | Dividend | | | sold | 6/30 | L | | |
| 87. MBNA Corp. | A | Dividend | J | T | | | | | |
| 88. MBNA Corp. | A | Dividend | J | T | bought | 2/18 | J | | |
| 89. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 90. Medtronic Inc. | A | Dividend | | | sold | 7/11 | J | A | |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Merrill Lynch Class A Global Allocation Fund ( ret.) | A | Dividend | | | sold | 4/17 | L | | |
| 92. Mexico Fund ( IRA) | A | Distribution | K | T | | | | | |
| 93. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 94. Microsoft Corp. | A | Dividend | | | sold | 6/10 | J | | |
| 95. Microsoft Corp. | A | Dividend | | | sold | 8/27 | J | | |
| 96. Microsoft Corp. (IRA) | A | Dividend | J | T | | | | | |
| 97. Mylan Laboratories Inc. | A | Dividend | J | T | | | | | |
| 98. Mylan Laboratories Inc. (IRA) | | | J | T | bought | 10/30 | J | | |
| 99. North Atlanta National Bank ( - debenture) | C | Interest | L | T | | | | | |
| 100. Paccar Inc. | A | Dividend | J | T | | | | | |
| 101. Paccar Inc. (IRA) | A | Dividend | | | sold | 4/15 | J | C | |
| 102. Paccar Inc. (IRA) | A | Dividend | J | T | | | | | |
| 103. Parker-Hannifin Corp. | A | Dividend | | | bought | 4/22 | J | | |
| 104. Parker-Hannifin Corp. | A | Dividend | J | T | sold | 7/11 | J | | |
| 105. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 106. Pfizer Inc. | A | Dividend | J | T | bought | 7/14 | J | | |
| 107. Pontotoc Bancshares ( ) | B | Dividend | K | T | | | | | |
| 108. Rowe T Price Assoc. Inc. (IRA) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/2/2004 |

## VII INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Rowe T. Price Assoc. Inc. | A | Dividend | J | T | | | | | |
| 110. Rowe T. Price Group Inc. | A | Dividend | | | sold | 6/10 | J | A | |
| 111. Royal Dutch 1.25 Guilderf | A | Dividend | J | T | | | | | |
| 112. Royal Dutch 1.25 Guilderf (IRA) | | | J | T | bought | 11/24 | J | | |
| 113. Salomon Bros. Small Cap Growth Fund (██ ret. acct.) | B | Dividend | L | T | | | | | |
| 114. Schwab money market fund #1 | A | Dividend | J | T | | | | | |
| 115. Schwab money market fund #2 | A | Dividend | J | T | | | | | |
| 116. Schwab Money Market (IRA) | A | Dividend | J | T | | | | | |
| 117. Smith Barney Appreciation Fund (██ retirement acct.) | B | Dividend | L | T | | | | | |
| 118. Southtrust Corp. | A | Dividend | J | T | bought | 2/05 | J | | |
| 119. Southtrust Corp. | A | Dividend | J | T | bought | 8/21 | J | | |
| 120. Southtrust Corp. | | | J | T | bought | 11/24 | J | | |
| 121. Sungard Data Systems, Inc. | | | J | T | bought | 1/27 | J | | |
| 122. Sungard Data Systems, Inc. | | | J | T | bought | 4/23 | J | | |
| 123. Sungard Data Systems, Inc. | | | J | T | bought | 6/12 | J | | |
| 124. Sysco Corporation | A | Dividend | J | T | | | | | |
| 125. Sysco Corporation (IRA) | A | Dividend | J | T | | | J | | |
| 126. T C F Financial Corp. | A | Dividend | J | T | bought | 1/27 | J | | |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 4/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. T C F Financial Corp. (IRA) | A | Dividend | J | T | bought | 4/22 | J | | |
| 128. T C F Financial Corp. (IRA) | A | Dividend | J | T | bought | 9/23 | J | | |
| 129. Target Corporation (formerly Dayton-Hudson) | A | Dividend | J | T | | | | | |
| 130. Target Corporation (formerly Dayton-Hudson) | A | Dividend | J | T | bought | 2/18 | J | | |
| 131. Texas Instruments Inc. | A | Dividend | J | T | | | | | |
| 132. Texas Instruments Inc. | A | Dividend | J | T | sold | 6/10 | J | | |
| 133. Texas Instruments Inc. (IRA) | A | Dividend | J | T | | | | | |
| 134. Vanguard 500 Index Adm. (▮▮▮ retirement acct.) | A | Dividend | | | sold | 7/01 | L | A | |
| 135. Vanguard Institutional Index Fund (Def. Comp. Acct.) | B | Dividend | M | T | | | | | |
| 136. Vanguard Money Market Prime (▮▮▮ ret. acct.) | A | Dividend | L | T | bought | 7/1 | L | | |
| 137. Vanguard Total International Stock Index (▮▮▮ ret. acct.) | D | Dividend | L | T | bought | 7/1 | L | | |
| 138. Vulcan Materials Co. | A | Dividend | J | T | | | | | |
| 139. Walgreen Co. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTIN, BEVERLY B | 4/2/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In my Financial Disclosure Report for 2002, in Part VII of the Report at line 129, I listed "UMB Dodge & Cox Balanced Fund" as a part of my ████ retirement account. Because UMB is no longer the Trustee, the entry for the same investment in this year's Report is listed as "Dodge & Cox Balanced Fund" in Part VII, at line 41.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTIN, BEVERLY B | 4/2/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 2, 2004_

NOTE: ANY INDIVI████VHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CI████ CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544